

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00162-CR

| | | |
|---|---|---|
| RODOLFO LEYVA JR., Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1667970) |
| V. | § | June 27, 2024 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect Leyva pleaded "not true" to Paragraphs 1, 2, 5, and 6 and "true" to Paragraphs 7 and 8. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth